```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 46181
   JACQUELYN C HARDINGER
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-7530


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/16/04 and confirmed on 02/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  32800.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICREDIT FINANCIAL      SECURED VEHIC    15000.00        3571.92       15000.00
AMC MORTGAGE SERVICES      CURRENT MORTG         .00             .00            .00
CITIFINANCIAL MORTGAGE     SECURED               .00             .00            .00
RESURGENT CAPITAL SERVIC   SECURED             300.00          29.54         300.00
BECKET & LEE LLP           UNSECURED          2991.40             .00         332.21
ECAST SETTLEMENT CORPORA   UNSECURED         17686.12             .00        1964.16
JP MORGAN CHASE BANK       UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          4050.15             .00         449.80
DISCOVER BANK              UNSECURED          9906.54             .00        1100.19
NCM TRUST                  UNSECURED         13965.02             .00        1550.91
ROUNDUP FUNDING LLC        UNSECURED          5656.85             .00         628.23
AMC MORTGAGE SERVICES      MORTGAGE ARRE      3704.78             .00        3704.78
AMERICREDIT FINANCIAL      UNSECURED           785.46             .00          87.23
RESURGENT CAPITAL SERVIC   UNSECURED          2467.09             .00         273.99
WELLS FARGO FINANCIAL IN   UNSECURED           476.50             .00          52.92
CITICARDS PRIVATE LABEL    UNSECURED           472.83             .00          52.51
              Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED      OTHER         TOTAL

TOTAL CLMS ALLOWED  19004.78           .00    58457.96         .00        77462.74
PRINCIPAL PAID      19004.78           .00     6492.15         .00        25496.93
INTEREST PAID        3601.46           .00         .00         .00         3601.46
TOTAL PAID          22606.24           .00     6492.15         .00        29098.39
The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $    2700.00
and was paid $    500.00   direct and  $   2200.00   through the plan.

The Trustee received $    1401.61 .

Refunds to the Debtor totaled $     100.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 04 B 46181 JACQUELYN C HARDINGER